Case 4:23-cv-00675   Document 39   Filed on 03/07/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-0675 |
|---|---|---|---|

Radley Bradford

*versus*

Sovereign Pest Control of TX., Inc.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Roman Lifson, Christian & Barton, LLP 901 East Cary Street, Suite 1800, Richmond, VA 23219 804-697-4100; rlifson@cblaw.com VSB No.43714; US Court of Appeals for the Fourth Circuit; US District Courts for the Eastern and Western Districts of Virginia; California State Bar No. 163290 inactive; Minnesota Sate Bar No. 0255208 inactive |
|---|---|

| Name of party applicant seeks to appear for: | Sovereign Pest Control of TX., Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 9/7/23   Signed: /s/

The state bar reports that the applicant's status is: Active

Dated: 3/7/2024   Clerk's signature: R. Hawkins

### Order

Dated: 3/7/24

This lawyer is admitted *pro hac vice*.

United States District Judge